778

**Bessie T. MORRIS, Appellant,**

v.

**DAISY AVENUE ROAD DIST., JEFFERSON COUNTY, Ky., Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Bessie T. Morris, pro se.

Edward A. Stone, Roger L. Wiedeback, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner PAUL J. STAPLETON, Affirming.*

**Isabel STEIGER and Michael Jenkins, Appellants,**

v.

**Harlie Edward SPENCER, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Benjamin Mazin, Louisville, for appellants.

John L. Bennett, Hogan, Taylor, Denzer & Bennett, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**C. P. BRADLEY et al., Appellants,**

v.

**Louise B. BRANSFORD et al., Appellees.**

**Louise B. BRANSFORD et al., Cross-Appellants,**

v.

**C. P. BRADLEY and Helen Bradley, Cross-Appellees.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

John .M. Dixon, Jr., Turner & Dixon, Hopkinsville, for cross-appellees and appellants.

Clyde Foster Chesnut, Elkton, Thomas Lee Osborne, Keith, Scent, Kirkham & Walton, Hopkinsville, for cross-appellants and appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming in Part—Reversing in Part.*

**Charles W. GREEN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Charles W. Green, pro se., William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.